UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

GARY A. GOLDMAN,               )
                             )
          Plaintiff,       )
                             )
   v.                       )
                             )     Case No. 2:25-cv-418
KIM HART,                  )
                             )
         Defendant.   )

**ORDER**

This matter is before the court *sua sponte*. Defendant submitted a copy of Chief Judge Leigh Martin May's issued Order, dated April 6, 2026. [*See* DE 55]. The Order [1:24-cv-175-LMM, DE 57] sets aside the default judgment and order granting Goldman a default judgment. Chief Judge May then directed the Clerk to reopen the matter, and Defendant Hart timely filed a Motion to Dismiss for lack of jurisdiction [1:24-cv-175-LMM, DE 58].

Accordingly, the court **VACATES** the scheduled June 16th Proceeding Supplemental Cause Number 2:25-cv-418-PPS-APR and **RECOMMENDS** that the District Court **DISMISS** this case.

This Report and Recommendation is submitted pursuant to **28 U.S.C. § 636(b)(1)(C)**. Pursuant to **28 U.S.C. § 636(b)(1)**, the parties shall have fourteen days after being served with a copy of this Recommendation to file written objections thereto with the Clerk of Court. The failure to file a timely objection will result in waiver of the right to challenge this Recommendation before either the District Court or the Court of Appeals. ***Willis v. Caterpillar, Inc.***, 199 F.3d 902, 904 (7th Cir. 1999); ***Hunger v. Leininger***, 15 F.3d 664, 668 (7th Cir.

1994); ***The Provident Bank v. Manor Steel Corp.***, 882 F.2d 258, 260-261 (7th Cir.

1989); ***Lebovitz v. Miller***, 856 F.2d 902, 905 n.2 (7th Cir. 1988).


ENTERED this 8th day of June, 2026.

/s/ Andrew P. Rodovich
United States Magistrate Judge